

Christopher H. Lwe - Partner

420 Lexington Avenue, Suite 1830
New York, New York 10170
Main:  212.392.4772
Direct:  212.764.7171
Fax:  212.444.1030
chris@lipskylowe.com

www.lipskylowe.com

May 20, 2022

<u>VIA ECF</u>
The Honorable Jesse M. Furman, U.S.D.J.
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

     Re:     <u>Montour v. Venistat LLC, 1:22-cv-01888-JMF</u>

Dear Judge Furman:

     We represent Plaintiff and submit this letter motion to respectfully request a two-week adjournment of the Default Judgment Briefing and Show Cause Hearing (Dkt. 7). From May 21 through June 2, 2022, I will be on a preplanned, prepaid family vacation in Europe celebrating my daughter's college graduation. Under the current schedule, our motion for default judgment shall be filed by June 2, 2022. If granted, the adjournment would have Plaintiff's Default Judgment moving papers due June 16, 2022, Defendant's opposition due June 23, 2022, and a show cause hearing June 30, 2022, or some later date convenient for the Court.

     This is Plaintiff's first request to adjourn the Default Judgement Briefing and Show Cause Hearing. Because Defendant has not answered or otherwise appeared, we are unable to ascertain whether Defendant consents.

     We appreciate the Court's consideration of these requests.

     Respectfully submitted,
     LIPSKY LOWE LLP

     <u>s/ Christopher H. Lowe</u>
     Christopher H. Lowe

CC:     Defendant



SLT
December 15, 2017
Page 2 of 2

Application GRANTED.  Plaintiff's default judgment motion shall be filed by **June 16, 2022.**  Defendant shall file any opposition by **June 23, 2022**.  The default judgment hearing is ADJOURNED to **June 30, 2022 at 4:15 p.m.**

Plaintiff shall serve Defendant via overnight courier (1) with a copy of this Order within one business day of the date of this Order; and (2) with a copy of the motion for default judgment and all supporting papers within one business day of the date of any such motion. In each case, within two business days of service, Plaintiff must file proof of such service on the docket.  The Clerk of Court is directed to terminate ECF No. 8.  SO ORDERED.

May 20, 2022