UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
:
DANIELLE MONTOUR, *individually and on behalf of* :
*all other persons similarly situated*, :
:
                          Plaintiff, :     22-CV-1888 (JMF)
:
       -v- :     ORDER OF DISMISSAL
:
VENISTAT LLC, :
:
                          Defendant. :
:
----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On May 20, 2022, the Court ordered Plaintiff to file any motion for default judgment no later than June 16, 2022. *See* ECF No. 9. To date, no such motion has been filed.

      On June 21, 2022, the Court ordered Plaintiff to show cause, in writing and filed on ECF by June 28, 2022, why the Court should not dismiss this case for failure to prosecute. Plaintiff has not responded.

      Accordingly, this case is hereby DISMISSED. Any pending motions are moot. All conferences are vacated. The Clerk of Court is directed to close the case.
.

      SO ORDERED.

Dated: June 29, 2022
       New York, New York                                    JESSE M. FURMAN
                                                                 United States District Judge